# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PHE, INC.,                )<br>                           )<br>    *Plaintiff*,           )<br>                           )<br>v.                         )<br>                           )<br>ERIC SAUER,                )<br>                           )<br>    *Defendant*.           )<br>_____) | Case No. 4:13-cv-01660<br><br>Hon. Henry E. Autrey<br><br>**JURY TRIAL DEMANDED** |

## VOLUNTARY DISMISSAL OF ERIC SAUER PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Defendant Eric Sauer. Mr. Sauer has filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. Dismissal of Defendant Eric Sauer will conclude this action.

Plaintiff hereby dismisses Defendant Eric Sauer **with prejudice**.

October 16, 2013

Respectfully submitted,
PHE, Inc.,

By its Attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD LLC

By:  /s/ *Paul A. Lesko*
    Paul A. Lesko
    SIMMONS BROWDER GIANARIS
    ANGELIDES & BARNERD LLC
    One Court Street
    Alton, IL 62002
    Phone: 618.259.2222
    Fax: 618.259.2251
    plesko@simmonsfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

                                              /s/ *Paul A. Lesko*
                                              Paul A. Lesko – Simmons Browder Gianaris
                                              Angelides and Barnerd, LLC